**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| ATLANTIC NITROGEN AND TESTING, LLC, and ATLANTIC NITROGEN PUMPING SERVICES, LLC, | : | Case No.: 1:20-CV-152-IMK (Keeley) |
| | : | |
| | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | ***Electronically Filed & Served*** |
| | : | |
| RYAN ENVIRONMENTAL, LLC, | : | |
| | : | |
| Defendant. | | |

**<u>ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE</u>**

NOW COME Plaintiffs by and through their undersigned counsel, and pursuant to that certain Order of Court dated as of July 30, 2021 entered at Docket Item 17, and Federal Rule of Civil Procedure 41(a)(2), and LR Gen P 58.01, seek the dismissal with prejudice of Plaintiffs' claims against Defendant that are the subject of this lawsuit.

It is hereby **ORDERED** that this matter is **DISMISSED WITH PREJUDICE** and that the Court shall retain jurisdiction to enforce the settlement agreement between the parties.

By:____/s/ Michael Nicolella_____
     Michael Nicolella
     WV ID No. 13515
     Strassburger McKenna Gutnick & Gefsky
     Counsel for Plaintiffs

**ENTERED** this 26th day of August, 2021.

_____
      HON. IRENE M. KEELEY
      UNITED STATES DISTRICT JUDGE